```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MED SPAS OF MANHATTAN, LLC,                                        :
                                                                   :
                          Plaintiff,                               :
                                                                   :          24-cv-3359 (LJL)
         -v-                                                       :
                                                                   :          ORDER
TRANSPORTATION INSURANCE COMPANY,                                  :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2025

LEWIS J. LIMAN, United States District Judge:

      This order memorializes the telephonic conference held today, April 9, 2025. All depositions will be completed by the end of day today. All outstanding discovery will be completed by Monday, April 14, 2025. The final pretrial conference will take place on May 28, 2025, at 2:30 p.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: April 9, 2025
      New York, New York

                                                                                             LEWIS J. LIMAN
                                                                  United States District Judge