**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MED SPAS OF MANHATTAN, LLC,

                                        Plaintiff,                          **24 Civ. No. 3359 (LJL)**

                -against-
                                                                            **PRE-SETTLEMENT**
TRANSPORTATION INSURANCE                                                     **CONFERENCE ORDER**
COMPANY,

                                        Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, April 16,**

**2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference.

The parties are directed to consult the undersigned's Settlement Conference Procedures,

available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference

via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 253 774**

**522#.**  Prior to the call, counsel are directed to confer with each other and their clients so that,

during the call, they can propose three mutually convenient dates for a Settlement Conference in

**May 2025.**

        **SO ORDERED.**

DATED:        New York, New York
              April 15, 2025

                                                        _____
                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge