UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2025
```

                                                                          :
MED SPAS OF MANHATTAN, LLC,                                               :
                                                                          :
                                  Plaintiff,                              :
                                                                          :                    24-cv-3359 (LJL)
            -v-                                                           :
                                                                          :                    ORDER
TRANSPORTATION INSURANCE COMPANY,                                        :
                                                                          :
                                  Defendant.                              :
                                                                          :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order.  Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

        SO ORDERED.

Dated: May 12, 2025                          _____
       New York, New York                              LEWIS J. LIMAN
                                                     United States District Judge